502 A.2d 1240

**COMMONWEALTH of Pennsylvania**

v.

**James PEETROS and James Eden, Petitioners.**

Supreme Court of Pennsylvania.

Jan. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 3 E.D. Appeal Docket 1986.